IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:98-CV-929-H(2)

FILED

OCT 1 1999

PALMERSTON SECURITIES, LTD.,

    Plaintiff,   )
          )
          )
v.          )
          )
PETER COKER,     )
          )
    Defendant.   )

## STIPULATION OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

Plaintiff Palmerston Securities, Ltd. and Defendant Peter Coker, by their respective

undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this

action pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

This the 30th day of September, 1999.

Hayden J. Silver, III
State Bar No. 10037

R. Todd Morgan
State Bar No. 21204

MOORE & VAN ALLEN, PLLC
Post Office Box 26507
Raleigh, North Carolina 27611
Telephone: (919) 828-4481
Telefax: (919) 828-4254

Kilpatrick Stockton
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700
Telefax: (919) 420-1800

COUNSEL FOR PLAINTIFF

COUNSEL FOR DEFENDANT